## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JERALD BOITNOTT and GERALD DOYEN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>DICK'S SPORTING GOODS, INC.,<br><br>        Defendant. | Case No. 0:19-cv-01005-DWF-ECW |

### NOTICE OF VOLUNTARY DISMISSAL OF
### PLAINTIFF JERALD BOITNOTT
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jerald Boitnott hereby voluntarily dismisses his claims against Defendant without prejudice, and with each party bearing their own attorneys' fees, costs, and expenses. Plaintiff Gerald Doyen's claims remain and Plaintiff Doyen will serve as the sole plaintiff in this matter.

Dated: May 3, 2019

Respectfully submitted,

**CARLSON LYNCH, LLP**

*/s/ R. Bruce Carlson*
R. Bruce Carlson (*pro hac vice*)
Kelly K. Iverson (*pro hac vice*)
1133 Penn Avenue, 5th Floor
Pittsburgh PA, 15222
(412) 322-9243 (Tel.)
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com

**THRONDSET MICHENFELDER, LLC**

Patrick W. Michenfelder (#024207X)
Chad Throndset (#0261191X)
Cornerstone Building
One Central Avenue West, Suite 203
St. Michael, MN 55376
Tel: (763) 515-6110
Fax: (763) 226-2515
pat@throndsetlaw.com
chad@throndsetlaw.com

2

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on May 3, 2019, the foregoing was filed with the Clerk of the Court using the CM/ECF System, which will send notification of filing to all counsel of record.

*/s/ R. Bruce Carlson*

3