# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jerald Boitnott and Gerald Doyen,                      Civil No. 19-1005 (DWF/ECW)
individually and on behalf of all others
similarly situated,

                    Plaintiffs,

                                        **ORDER FOR DISMISSAL WITHOUT**
v.                                       **PREJUDICE AS TO PLAINTIFF**
                                        **JERALD BOITNOTT ONLY**

Dick's Sporting Goods, Inc.,

                    Defendant.


Based upon the Notice of Voluntary Dismissal of Plaintiff Jerald Boitnott Pursuant

to Fed. R. Civ. P. 41(a)(1)(A)(i) filed by Plaintiff Jerald Boitnott on May 3, 2019, (Doc.

No. [17]),

    **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT**

**PREJUDICE** as to Plaintiff Jerald Boitnott ONLY and without costs or disbursements to

any party.

Dated:   May 20, 2019                    s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge