UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| GERALD DOYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC.,<br><br>Defendant. | Case No. 0:19-cv-01005-DWF-ECW |

**STIPULATION OF DISMISSAL**

Plaintiff Gerald Doyen ("Plaintiff") and Defendant Dick's Sporting Goods, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

| | |
|---|---|
| Dated: December 26, 2019 | Respectfully submitted, |
| /s/ R. Bruce Carlson<br>R. Bruce Carlson<br>Kelly K. Iverson<br>Bryan A. Fox<br>**CARLSON LYNCH, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh PA, 15222<br>(412) 322-9243 (Tel.)<br>bcarlson@carlsonlynch.com<br>kiverson@carlsonlynch.com<br>bfox@carlsonlynch.com | /s/ Hayley S. Grunvald<br>Hayley S. Grunvald<br>**SHEPPARD MULLIN RICHTER**<br>**& HAMPTON LLP**<br>12275 El Camino Real, Suite 200<br>San Diego, CA 92130<br>Tel: (619) 347-5000<br>hgrunvald@sheppardmullin.com |
| Chad A. Throndset<br>chad@throndsetlaw.com<br>Patrick W. Michenfelder<br>pat@throndsetlaw.com<br>**THRONDSET MICHENFELDER, LLC**<br>One Central Avenue West<br>Suite 203<br>St. Michael, MN 55376<br>Tel: (763) 515-6110<br>Fax: (763) 226-2515<br><br>*Attorneys for Plaintiff* | Gregory F. Hurley<br>**SHEPPARD MULLIN RICHTER**<br>**& HAMPTON LLP**<br>650 Town Center Drive, 10th Floor<br>Costa Mesa, CA 92626-1993<br>Tel: (714) 513-5100<br>Fax: (714) 513-5130<br>ghurley@sheppardmullin.com<br><br>Colleen O'Melia Kaufenberg<br>**HANSEN DORDELL BRADT ODLAUG**<br>**& BRADT PLLP**<br>3900 Northwoods Drive, Suite 250<br>St. Paul, MN 55112<br>Tel: (651) 332-8722<br>Fax: (651) 482-8909<br>ckaufenberg@hansendordell.com<br><br>*Attorneys for Defendant* |