## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

GERALD DOYEN, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

DICK'S SPORTING GOODS, INC.,

        Defendant.

Civil No. 19-1005 (DWF/ECW)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Stipulation of Dismissal filed by the parties on December 26, 2019 (Doc. No. [54]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and fees, including attorneys' fees in connection with this action.

Dated:  December 26, 2019

        s/Donovan W. Frank
        DONOVAN W. FRANK
        United States District Judge